Marie-Therese H. ASSA'AD-FALTAS, MD, Plaintiff-Appellant,

v.

Tandy CARTER, individually for damages for qui tam recovery; Barbara Jean Burns, individually for damages and for qui tam recovery; Sara Heather Savitz Weiss, individually for damages and for qui tam recovery; The Gingliat, Bettis and Savitz Law Firm, in its corporate capacity, for damages and for qui tam recovery; Stephen Savitz; Jennifer Carr Savitz; The McAngus, Goudelock & Courie Law Firm, in its corporate capacity for damages and for qui tam recovery; John Andrew Delaney; Sterling Davies; Gafford Thomas Cooper, Jr.; Marion Oneida Hanna; Michael King, present or former Assistant City of Columbia Manager; Angela Ladsen, City of Columbia Ministerial Recorder; Richland County, SC Sheriff's Department; Leon Lott, officially as Sheriff of Richland County, South Carolina; Jeanette McBride, RC's Clerk of Court; Brett Bayne; James R. Barber, II.; Harry Stubblefield, RCSD Captain; Darryl Price, RCSD Lieutenant; Calvin Hill, RCSD Deputy; Deandrea Benjamin Gist; Ken Gaines; Robert G. Cooper; Dana M. Thye; David A. Fernandez; City of Columbia, SC, Police Department; John K. Passmore; Amanda H. Long Branham; Debbie Jordan; Burke, CPD former acting chief; Ruben Santiago, CPD former acting chief; Captain Hendrix; Captain Thornton; Lieutenant Butzer; Lieutenant Evans; Lieutenant Gibson; Lieutenant Sharp; Lieutenant Smith; Lieutenant Yates; Lawrence P. Auld; Sergeant Drafts; Sergeant Gunther; Sergeant Sanders; Corporal Branham Bell; Corporal Caldwell; Corporal Gomez-Rievera; Brian, CPD Investigator; Blanton, CPD Investigator; Narewski, CPD Investigator; Officer Ashmore; Officer Brown; Officer Dejesus; Officer Girard; Kelson; Officer McSwain; Officer Medlock; Officer White; Barney Giese; John Meadors; David Ross; Dinah Gail Steele; Larry Wayne Maon; Wendy CEO, a/k/a Windy Cio; Robert D. Coble; Charlene Crouch; Corey Lamont Curry; Teresa Ingram; John Mitchell Jones; Tiffany Lurke; Christopher James Mason; Richard Wayne Mason; William Tetterton; Alden Hollis Wheeler; Richard Glenn Wheeler; John Doe; Jane Roe; Dana Turner, falsely bearing a title of Chief Administrative Judge of the City's Municipal Court; State of South Carolina; Nimrata R. Haley; Alan Wilson, as SC's Attorney General; Yancey McGill, as SC's Lieutenant Governor; John Courson; SC's Judicial Merit Selection Commission; Jean Toal; Daniel Shearouse; Jenny Kitchens; V. Claire Allen; Mark Keel; Leroy Smith; Daniel Johnson, as SC's Fifth Judicial Circuit's Solicitor; Gary Watts, as Coroner for Richland County, SC; Robert Eldon Hood, as Current SC's Fifth Judicial Circuit's Administrative

Judge for General Sessions; Leslie Coggiola, as SC's Disciplinary Counsel; Roslynn Frierson, as Director of SC's Office of Court Administration; William Nettles, as US Attorney for the District of South Carolina; Steven Benjamin, as Mayor; All Members of The City of Columbia Council; Teresa Wilson, manager for the City, Defendants-Appellees.

No. 17-1672

United States Court of Appeals, Fourth Circuit.

Submitted: October 19, 2017

Decided: October 23, 2017

Marie Therese Assa'ad-Faltas, Appellant Pro Se.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese H. Assa'ad-Faltas appeals the district court's order denying her self-styled Fed. R. Civ. P. 60(b) motion to reopen her civil action against numerous defendants. We have reviewed the record and find no reversible error. Accordingly, we deny Faltas' motions for appointment of counsel and for this court to reconsider its order deferring action on the motion for appointment of counsel, and we affirm the district court's order. *See Assa'ad-Faltas v. Carter*, No. 1:14-cv-00678-CCE-LPA

(M.D.N.C. Apr. 25, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*